AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Oliver Louis Sarko

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00358
Assigned To : Harvey, G. Michael
Assign. Date : 4/7/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Oliver Louis Sarko,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 04/07/2021

Digitally signed by G. Michael Harvey
Date: 2021.04.07 20:23:33 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/07/21, and the person was arrested on *(date)* 4/30/21
at *(city and state)* Columbus OHIO.

Date: 4/30/21

By CST
*Arresting officer's signature*

Bryan C. Thompson
*Printed name and title*