UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 21-mj-358 |
| : | |
| OLIVER SARKO  : | |
| : | |
| Defendant.  : | |

**UNITED STATES' REPLY TO DEFENDANT'S MOTION FOR DISCOVERY PURSUANT TO FED. R. CRIM(a) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America hereby submits this reply to the Defendant's Motion for Discovery. The government has reviewed defendant's request for discovery. The government will comply with Rule 16 of the Federal Rules of Criminal Procedure and provide the defendant with the requested documentation. The government will make its initial discovery production to defense counsel no later than a week from this response. The government does not object to the specific documents being requested by the defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Brittany L. Reed*
Brittany L. Reed
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Louisiana Bar Number 31299
(504) 680-3031(office)
Brittany.Reed2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 25th day of May 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Brittany L. Reed*
Brittany L. Reed
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Louisiana Bar Number 31299
(504) 680-3031(office)
Brittany.Reed2@usdoj.gov