# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 21-mj-00358** |
| : | |
| **OLIVER SARKO** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the status hearing currently scheduled for July 6, 2021 is continued to 1:00 p.m. on September 3, 2021, before Magistrate Judge Zia M. Faruqui. It is further

ORDERED that the time between July 6, 2021 and September 3, 2021 shall b excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to engage in the discovery processs.

_____
G. Michael Harvey
United States Magistrate Judge